E-FILED

JUN 16 2020

Document #

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARIBA ZARRINEGHBAL,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 2:19-cv-09711 PSG (MRWx)<br><br>(Honorable Philip S. Gutierrez)<br><br>**[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>**[FRCP 41(a)]**<br><br>[Filed concurrently with Stipulation]<br><br>Complaint Filed:  November 12, 2019 |

HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

1026444\305828101.v1

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety with prejudice as to all parties. Each party shall bear her or their own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: 6/16, 2020

_____
HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE